UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| NICOLE C. FOX,<br>    *Plaintiff*, | )<br>)<br>) |
| v. | ) Case No.: 5:19-CV-00062<br>) |
| OGDEN NEWPAPERS OF VIRGINIA, LLC<br>    *Defendant.* | )<br>) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Nicole C. Fox., and Defendant, Ogden Newspapers of Virginia, LLC, by and through their undersigned counsel, hereby agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the entire action and all claims in Plaintiff's Complaint are hereby dismissed with prejudice as to future action, with each party to bear her or its respective costs, expenses and attorneys' fees.

Agreed to this 7th day of February, 2020.

| | |
|---|---|
| *s/ Timothy E. Cupp*<br>Timothy E. Cupp<br>Shelley Cupp Schulte, P.C.<br>1951 Evelyn Byrd Avenue, Suite D<br>P.O. Box 589<br>Harrisonburg, Virginia 22803<br>Telephone: (540) 432-9988<br>Facsimile: (804) 278-9634<br>Email: cupp@scs-work.com<br>Tim Schulte<br>Shelley Cupp Schulte, P.C.<br>2020 Monument Avenue<br>Richmond, Virginia 23220<br>Telephone: (804) 644-9700<br>Facsimile: (804) 278-9634<br>Email: schulte@scs-work.com<br><br>COUNSEL FOR PLAINTIFF | s/Robert M. Steptoe, Jr.<br>Robert M. Steptoe, Jr.<br>Steptoe & Johnson, PLLC<br>400 White Oaks Boulevard<br>Bridgeport, West Virginia 26330<br>Phone:  (304) 933-8142<br>Fax:  (304) 933-8183<br>E-mail: bob.steptoe@steptoe-johnson.com<br><br>COUNSEL FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2020, a true and correct copy of the foregoing **Joint Stipulation of Dismissal** was electronically filed with the Clerk of the Court using the CM/ECF System, which arranges for electronic service to the following:

Robert M. Steptoe, Jr.
Counsel for Ogden Newspapers of Virginia, LLC
STEPTOE & JOHNSON, PLLC
400 White Oaks Boulevard
Bridgeport, West Virginia 26330-4500
*COUNSEL FOR DEFENDANT*

                                              s/ *Timothy E. Cupp*
                                              COUNSEL FOR PLAINTIFF